UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD MATHIS,
    Plaintiff,

No. 1:10-cv-87

-v-

HONORABLE PAUL L. MALONEY

NANCY LANGE,
    Defendant.

## **JUDGMENT**

Having granted Defendant's motion for summary judgment and having dismissed the claims against Defendant without prejudice, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 25, 2011                          /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge